QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SEVERO RAMIRO PENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:04-cr-05372 OWW |
| Plaintiff, ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON |
| v. ) ) | |
| SEVERO RAMIRO PENA, ) ) | Date: October 17, 2005 Time: 1:30 P.M. |
| Defendant. ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing now set for September 19, 2005, may be continued to October 17, 2005, at 1:30 P.M.**

This continuance is sought by counsel for defendant because he needs additional time to complete plea negotiations prior to hearing.

///
///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 15, 2005      By:   /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney
Counsel for Plaintiff

QUIN DENVIR
Federal Defender

DATED: September 15, 2005      By:   /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
SEVERO RAMIRO PENA

## ORDER

**IT IS SO ORDERED.** Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

DATED: September   16   , 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California