UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | 1:04-CR-5372 OWW |
| | ) | |
| v. | ) | |
| | ) | |
| SEVERO PENA | ) | ORDER FOR RELEASE OF WITNESS |
| | ) | HUMBERTO MAGADAN |
| | ) | |
| Defendant | ) | |

Having complied with the conditions of the court, Humberto Magadan, witness in the above matter, is hereby released from the custody of the United States Marshal.

Dated: 10/3/06                    /s/ Oliver W. Wanger
                                  _____
                                  OLIVER W. WANGER
                                  United States District Judge

1