(SPACE BELOW FOR FILING STAMP ONLY)

1 **ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2 2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
3 PHONE (559) 233-2900
FAX (559) 485-3852
4

5 ATTORNEYS FOR Defendant
SEVERO RAMIRO PENA
6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10 * * * * * * * *

11 | UNITED STATES OF AMERICA, | Case No.: **1:04 CR 05372 OWW** |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** and **O R D E R** |
| SEVERO RAMIRO PENA, | |
| Defendant. | **Date: January 3, 2007** **Time: 1:30 p.m.** **Dept: Courtroom Two** **Honorable OLIVER W. WANGER** |

18
19 TO:  THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT
     JUDGE; AND TO STANLEY A. BOONE, ASSISTANT UNITED STATES
     ATTORNEY:
20

21   SEVERO RAMIRO PENA, by and through his attorney, ROGER T.
22 NUTTALL, of the Law Offices of NUTTALL & COLEMAN, respectfully
23 requests that this Court continue the matter of his Sentencing,
24 currently scheduled for January 3, 2007, to January 8, 2007, at
25 1:30 p.m.
26   Counsel for Defendant has been contacted by Assistant U.S.
27 Attorney, STANLEY BOONE, who has advised counsel that due to the
28 fact that he was not initially approached as to whether or not he

1 was available on January 3, 2007, and due to the fact that he
2 shall be just returning from vacation on January 3, 2007, he has
3 requested that the matter be set for hearing on the January 8,
4 2007, calendar.
5     It is respectfully submitted that neither the court, nor any
6 party to this proceeding, should be unduly prejudiced by a
7 reasonable continuance of the Sentencing for these purposes.
8     DATED: December 21, 2006.
9                                     NUTTALL & COLEMAN
10                                         /s/ Roger T. Nuttall
                                    By: _____
11                                      ROGER T. NUTTALL
12
                                    UNITED STATES ATTORNEY'S OFFICE
13
                                        /s/ Stanley A. Boone
14                                  By: _____
                                        STANLEY A BOONE
15                                      Assistant U. S. Attorney
16
17                          **O R D E R**
18     Good Cause Appearing: IT IS SO ORDERED.
19 **Dated:   December 28, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                              UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

2