1  **ROGER T. NUTTALL  #42500**
   **NUTTALL & COLEMAN**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR  Defendant
      SEVERO RAMIRO PENA
6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10                 **\* \* \* \* \* \* \* \***

11 UNITED STATES OF AMERICA,        Case No.: **1:04 CR 05372 OWW**

12              Plaintiff,
                                    **STIPULATION TO CONTINUE**
13     vs.                                  **SENTENCING**
                                              **and**
14 SEVERO RAMIRO PENA,                    **O R D E R**

15              Defendant.        **Date: April 16, 2007**
                                  **Time: 3:00 p.m.**
16                                **Dept: Courtroom Two**
                                  **Honorable OLIVER W. WANGER**
17

18
   TO:  THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT
19      JUDGE; AND TO STANLEY A. BOONE, ASSISTANT UNITED STATES
        ATTORNEY:
20

21     SEVERO RAMIRO PENA, by and through his attorney, ROGER T.

22 NUTTALL, of the Law Offices of NUTTALL & COLEMAN, respectfully

23 requests that this Court continue the matter of his Sentencing,

24 currently scheduled for April 16, 2007, to April 30, 2007, at

25 l:30 p.m.

26     This short continuance is again respectfully requested due

27 to the fact that counsel has not been able to finalize his

28 informal and formal objections to the Presentence Report and

1   Recommendation received on March 12, 2007, from Robyn Marootian

2   of the Federal Probation Office.  Due to counsel being in a trial

3   for the past 11 weeks, this short continuance will assist him in

4   finalizing his preparation of the objections.

5        Counsel for Defendant has contacted STANLEY BOONE of the

6   Assistant United States Attorney's Office, who has agreed to this

7   short continuance.

8        Counsel for Defendant has also conferred with Ms. Robyn

9   Marootian of the Federal Probation Office, who has no objection

10  to such a continuance.

11       It is respectfully submitted that neither the court, nor any

12  party to this proceeding, should be unduly prejudiced by a

13  reasonable continuance of the Sentencing for these purposes.

14       DATED: April 3, 2007.
                                  NUTTALL & COLEMAN

15
                                   /s/ Roger T. Nuttall
16                                By: _____
                                     ROGER T. NUTTALL
17

18                                UNITED STATES ATTORNEY'S OFFICE

19                                   /s/ Stanley A. Boone
                                  By: _____
20                                   STANLEY A BOONE
                                     Assistant U. S. Attorney
21

22                         **O R D E R**

23       IT IS SO ORDERED.

24  **Dated:   April 5, 2007**              **/s/ Oliver W. Wanger**
    emm0d6                          UNITED STATES DISTRICT JUDGE
25

26

27

28

                                   2