**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852


ATTORNEYS FOR Defendant
    SEVERO RAMIRO PENA


**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:04 CR 05372 OWW** |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** <br> and <br> **O R D E R** |
| SEVERO RAMIRO PENA, | |
| Defendant. | **Date: April 30, 2007** <br> **Time: 1:30 p.m.** <br> **Dept: Courtroom Two** <br> **Honorable OLIVER W. WANGER** |

TO:   THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT
      JUDGE; AND TO STANLEY A. BOONE, ASSISTANT UNITED STATES
      ATTORNEY:

      SEVERO RAMIRO PENA, by and through his attorney, ROGER T.

NUTTALL, of the Law Offices of NUTTALL & COLEMAN, respectfully

requests that this Court continue the matter of his Sentencing,

currently scheduled for April 30, 2007, to **May 14, 2007, at 1:30**

**p.m.**

      This short continuance is again respectfully requested due

to the fact that counsel just on April 24, 2007, hand delivered

the Informal Objections to Mr. Boone, as well as to Ms.

1  Marootian.  Due to counsel's client not speaking or understanding

2  the English language, an interpreter had to be employed to assist

3  counsel in explaining the objections to the client.  The short

4  delay was also caused by counsel's extended trial in the Fresno

5  County Superior Court which prevented him from completing the

6  informal objections on time.

7       A final short continuance of two weeks will allow both Ms.

8  Marootian and respective counsel to prepare the Final Objections

9  for the court prior to the Sentencing.

10      Counsel for Defendant has contacted STANLEY BOONE of the

11 Assistant United States Attorney's Office, who has agreed to this

12 short continuance.

13      Counsel for Defendant has also conferred with Ms. Robyn

14 Marootian of the Federal Probation Office, who has no objection

15 to such a continuance.

16      It is respectfully submitted that neither the court, nor any

17 party to this proceeding, should be unduly prejudiced by a

18 reasonable continuance of the Sentencing for the above-stated

19 purposes.

20      DATED: April 25, 2007.
                              NUTTALL & COLEMAN

21

22                             /s/ Roger T. Nuttall
                           By: _____
23                               ROGER T. NUTTALL

24                             UNITED STATES ATTORNEY'S OFFICE

25                             /s/ Stanley A. Boone
                           By: _____
26                               STANLEY A BOONE
                                 Assistant U. S. Attorney

27

28

                                  2

1

2                                    **O  R  D  E  R**

3

      IT IS SO ORDERED.
4

**Dated:    April 27, 2007**                        _____/s/ Oliver W. Wanger_____
5                                                  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28