McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:04-CR-5372 OWW |
| | ) | |
| Plaintiff, | ) | FINDINGS OF FACT AND |
| | ) | CONCLUSIONS OF LAW RE: |
| v. | ) | FORFEITURE HEARING |
| | ) | |
| SEVERO RAMIRO PENA, | ) | |
| | ) | DATE: April 13, 2007 |
| | ) | TIME: 12:00 p.m. |
| Defendant. | ) | PLACE: Courtroom Three |
| | ) | Honorable Oliver W. Wanger |
| | ) | |

In consideration of the papers prepared in support of and opposition to this order of forfeiture in the form of a money judgment and the oral argument of counsel, the Court makes the following findings of fact:

1. A jury convicted defendant Severo Romero Pena of all counts of a twenty count indictment on October 6, 2006.

2. During the scheme to defraud, defendant resided at 176 12th Street, Orange Cove, California, and, as part of the scheme to defraud for which he was convicted, received fraudulent checks totaling $49,429.00 at that address. (Trial Exhibit 35-A) Defendant exercised control over the checks sent to that residence. (Trial Transcript at

1 p. 230-231.)

2    3. During the scheme to defraud for which he was convicted
3 defendant used his sister's residence, 1447 Kime Court, Orange Cove,
4 California, to receive checks totaling $42,356.00. (Trial Exhibit 35-
5 B.) Defendant exercised control over the checks sent to that
6 residence. (Trial Transcript at p. 231.)

7    4. During the scheme to defraud for which he was convicted
8 defendant used his Post Office Box, P.O. Box 931, Reedley, California,
9 to receive fraudulent checks totaling $4,076. (Trial Exhibit 35-E.)
10 Defendant exercised control over the checks sent to that residence.
11 (Trial Transcript at p. 250.)

12    5. During the scheme to defraud for which he was convicted
13 defendant used his friend's residence, 6885 S. Hills Valley Rd.,
14 Orange Cove, California, to receive fraudulent checks totaling
15 $13,443.00. (Trial Exhibit 35-D.) Defendant exercised control over
16 the checks sent to that residence. (Trial Transcript at p. 231, 233.)

17    6. During the scheme to defraud for which he was convicted
18 defendant used his brother's residence, 1499 South Avenue #127, Orange
19 Cove, California, to receive fraudulent checks totaling $15,515.00.
20 (Trial Exhibit 35-C.) Defendant exercised control over the checks sent
21 to that residence. (Trial Transcript at p. 231, 416-417.)

22    7. There is a nexus between the scheme to defraud and the
23 fraudulent checks themselves sufficient to support a money judgment
24 in the total amount of the checks related to the fraudulent scheme,
25 $124,819.00.

26    Based on the foregoing findings of fact, the Court makes the
27 following Conclusions of Law:
28 ///

1. The United States is entitled to the forfeiture of the proceeds of mail fraud and identity theft pursuant to 18 U.S.C. 981(a)(1)(C).

2. The United States is entitled to a money judgment in the amount of the fraudulent proceeds. <u>United States v. Casey</u> (9th Cir. 2006) 444 F 3d. 1071.

3. Should defendant be unable to fulfill the money judgment, the United States is entitled to make a motion to seek substitute assets to satisfy the money judgment pursuant to 21 U.S.C. 853(p) and 28 U.S.C. 2461(c). <u>United States v. Casey</u>, <u>supra</u>.

```
                                    MCGREGOR W. SCOTT
                                    United States Attorney


DATED: May 9, 2007          By  /s/ Stanley A. Boone
                                STANLEY A. BOONE
                                Assistant U.S. Attorney


                            By  /s/ Stephanie H. Borchers
                                STEPHANIE HAMILTON BORCHERS
                                Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:   May 17, 2007**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE