**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:04-cr-5372 OWW |
| ) | |
| Plaintiff, ) | ORDER ALLOWING APPELLATE |
| ) | DEFENSE COUNSEL ACCESS TO |
| v. ) | SEALED DOCKET NUMBERS 56, |
| ) | 57, AND 58 |
| SEVERO RAMIRO PENA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The documents previously sealed in this case referred to under Docket Nos. 56, 57 and 58, may be provided to the appellate defense counsel for Defendant for use in connection with the appeal.

Mr. Pena has no objection to the government having a copy of the documents, which do not pertain to confidential ex parte proceedings and the government shall maintain copies of the documents under seal.

IT IS SO ORDERED.

Dated:   October 3, 2007              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE