UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | 1:04-CR-5372 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| **SEVERO RAMIRO PENA-PENA,** ) | NOTE AND DEED OF TRUST |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Deed No.:     2005-0014976

Receipt No.:     101-6678

IT IS SO ORDERED.

Dated:  **January 23, 2008**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE