UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:04-cr-5372 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| SEVERO RAMIRO PENA-PENA, | ) | PASSPORT |
| | ) | |
| Defendants. | ) | |
| | ) | |

The above-named defendant having served his sentence in this matter;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.:  054694429

Receipt No.:  100-201050

IT IS SO ORDERED.

Dated:    January 23, 2008          _____/s/ Oliver W. Wanger_____
                                    UNITED STATES DISTRICT JUDGE